UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

---

James Brown

Case No. 5:99-CV-1064 (HGM/DEP)

vs.

County of Oneida, New York, et al.

---

ORDER TO SHOW CAUSE

This closed case is being prepared for storage at the Federal Records Center in Lee Summit, Missouri. It was filed, however, under seal or contains documents which were sealed. Because the Federal Records Center will not accept sealed records for storage, it is hereby

ORDERED, that the parties show cause, within ten (10) days of this order, why the case or documents cannot be unsealed for storage. Failure to respond or show cause will result in the records being unsealed and transferred to the Federal Records Center without further order of the court.

Signed this 27th day of January, 2006

Howard G. Munson
SENIOR U.S. DISTRICT JUDGE